THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 James Aquan
 Moody, Appellant.
 
 
 

Appeal From Richland County
 Reginald I. Lloyd, Circuit Court Judge
Unpublished Opinion No. 2007-UP-519
Submitted November 1, 2007  Filed
 November 9, 2007   
AFFIRMED

 
 
 
 Aileen P. Clare, of Columbia, for Appellant.
 Teresa A. Knox, Tommy Evans Jr., and J. Benjamin Aplin, all of Columbia, for Respondent.
 
 
 

PER CURIUM:  James
 Aquan Moody was convicted of second-degree burglary and was sentenced to ten
 years imprisonment, suspended upon the service of three years probation.  He appeals
 from the revocation of his probation.  We affirm.[1]
Moody contends the
 trial court abused its discretion in failing to order a mental evaluation to
 address Moodys competency.  We find that this issue is not preserved for our
 review.  Although defense counsel raised the issue at the outset of the
 probation revocation hearing, following a recess in the hearing, counsel abandoned
 his request for the evaluation and stated Moody was prepared to admit his
 violations at that time.  Defense counsel made no reference to his earlier
 request for a mental evaluation and did not object to proceeding with the
 hearing.  Accordingly, we are constrained to affirm.  See State v. Johnson, 363 S.C. 53, 58, 609 S.E.2d 520, 523 (2005) (To preserve an
 issue for review there must be a contemporaneous objection that is ruled upon
 by the trial court.).  We decline to address the additional sustaining grounds
 raised by the State.  
AFFIRMED.
HEARN, C.J.,
 KITTREDGE and THOMAS, J.J., concur.

[1]   We decide this case without oral
 argument pursuant to Rule 215, SCACR.